ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY   Shy                         DEPUTY

ENTER / JSb

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

BILL D. HINES,

        Petitioner,

    v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

        Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No.  CV 10-09685 DDP (AN)

JUDGMENT

IT IS HEREBY ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

Dated: January 18, 2012

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE