ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  Shy                              DEPUTY

ENTER / JSb

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BILL D. HINES, | Case No. CV 10-09685 DDP (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Respondent. | |

IT IS HEREBY ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

Dated: January 18, 2012

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE